Case 2:25-cv-00026   Document 18   Filed on 07/07/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HEATHER NEISEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-00026 |
| | § | |
| NUECES COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court are Plaintiff Heather Neisen's objections to memorandum and recommendation and response in opposition to dismissal. (D.E. 17). Plaintiff argues, among other things, that she "never received service of the M&R and had no opportunity to object within the required 14-day window." *Id.* at 1. The Court sent the M&R to Plaintiff via certified mail. The return receipt, which bears Plaintiff's signature, confirms she received the M&R on May 14, 2025. (D.E. 14). Plaintiff did not file objections within fourteen days after receiving the M&R, nor were any objections filed by June 25, 2025, when the Court adopted the M&R and entered final judgment. Accordingly, the Court will not treat Plaintiff's objections as timely. Plaintiff's objections are **OVERRULED** as untimely. (D.E. 17). Further, to the extent Plaintiff's filing could be liberally construed as a motion to reconsider the Court's Order Adopting Memorandum and Recommendation and the Final Judgment, the Court **DENIES** this construed motion. (D.E. 17).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
July 7, 2025

1 / 1